# Exhibit 3

| US10705694B2 | Enghouse Video - VidyoRoom ("Accused Product") |
|---|---|
| 1. A computer-implemented method for interactive delivery, by a processor of a pre stored electronic presentation of a predetermined duration, to user computers associated with a plurality of users, the user computers each including an information display, the user computers coupled to the processor by a computer network, the method comprising the steps of: | The accused product discloses a computer-implemented method for interactive delivery, by a processor of a pre stored electronic presentation (e.g., uploaded presentation) of a predetermined duration, to user computers associated with a plurality of users (e.g., computer devices of named user or guests), the user computers each including an information display, the user computers coupled to the processor by a computer network.<br><br>As shown below, the accused product discloses that the uploaded presentation (e.g., pre stored electronic presentation) can be watched by named user or guests (e.g., plurality of users) synchronously on their respective devices.<br><br><br>https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration |

Enghouse Video

Support

Products Solutions Partners Resources About




## Boardroom Experience

The VidyoConnect Boardroom Experience is enterprise video collaboration software purpose-built for organizations who need a seamless, fully integrated group collaboration solution ideal for executive meeting spaces and want easy to use technology for busy leaders with top-of-the-line audio, video, and content share.

https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration

## Vidyo Solution

The VidyoConnect Boardroom Experience is for enterprise organizations who need a seamless, fully integrated group collaboration solution ideal for executive meeting spaces and want easy to use technology for busy leaders with top-of-the-line audio, video, and content share.

| | |
|---|---|
| | https://www.enghousevideo.com/wp-content/uploads/Solution-Brief/SB-Board-Room-Experience.pdf   https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration |

<table>
<tr>
<td></td>
<td>


https://www.youtube.com/watch?v=Yicjq3qCDdo
</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>


<br>
https://www.enghousevideo.com/vidyoconnect-services-description
</td>
</tr>
<tr>
<td>receiving a playback request, at the processor, from a first user computer, to play the electronic presentation at the information display of the first user computer;</td>
<td>The accused product discloses receiving a playback request (e.g., 'like to share'), at the processor (e.g., processor of the computer), from a first user computer (e.g., first user computer or named user initiating sharing of presentation), to play the electronic presentation (e.g., presentation) at the information display of the first user computer (e.g., first user computer or named user initiating sharing of presentation).<br><br>As shown below, the accused product discloses that the media files such as video, audio, presentation or image files (e.g., electronic presentation) can be selected and loaded in a VidyoRoom by the named user (e.g., first user).</td>
</tr>
</table>

| | |
|---|---|
| | **Boardroom Experience**<br>The VidyoConnect Boardroom Experience is enterprise video collaboration software purpose-built for organizations who need a seamless, fully integrated group collaboration solution ideal for executive meeting spaces and want easy to use technology for busy leaders with top-of-the-line audio, video, and content share.<br>https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration |

| | |
|---|---|
| | Enghouse Video<br><br><br>https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration |

| | |
|---|---|
| |  https://www.youtube.com/watch?v=Yicjq3qCDdo |
| amed userat a selected point in time during the predetermined duration of the playback of the electronic presentation, receiving a collaboration request, at the processor, from the first user computer, to enter a collaboration mode with a second user computer, the | The accused product discloses at a selected point in time during the predetermined duration of the playback of the electronic presentation (e.g., presentation), receiving a collaboration request (e.g., send invitation), at the processor, from the first user computer (e.g., first user computer or named user initiating sharing of presentation), to enter a collaboration mode (e.g., VidyoRoom) with a second user computer (e.g., computer device of the guest), the second user computer (e.g., computer device of the guest) displaying content other than information associated with the selected point in time of the playback of the electronic presentation (e.g., presentation) and the collaboration mode (e.g., VidyoRoom) comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation (e.g., presentation) as displayed on the information display of the first user computer (e.g., first user computer or named user initiating sharing of presentation) on an |

| | |
|---|---|
| second user computer displaying content other than information associated with the selected point in time of the playback of the electronic presentation and the collaboration mode comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation as displayed on the information display of the first user computer on an information display of the second user computer; and | information display of the second user computer (e.g., computer device of the guest).<br><br>As shown below, accused product discloses that after accepting the sent invitation (e.g., collaboration request) guests (e.g., second user) can watch the shared presentation (e.g., playback of the electronic presentation) synchronously in real-time wherein each frame is seen by everyone at the same time.<br><br><br><br>https://www.youtube.com/watch?v=Yicjq3qCDdo |

| | |
|---|---|
| |   http://youtube.com/watch?v=Yicjq3qCDdo |

| | |
|---|---|
| | Enghouse Video<br><br><br>https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration |

| | |
|---|---|
| | Enghouse Video<br>Support Lan<br>Products Solutions Partners Resources About Us<br>**Subscriptions**<br>The Team Plan and Enterprise Plan are user-based subscription plans that provide access to the VidyoConnect service for named users. Organizations can purchase multiple named user subscriptions to achieve the desired deployment size. The VidyoConnect subscription is available in one-year, two-year, or three-year terms, paid annually.<br>The Team Plan and Enterprise Plan are for communication by the subscribing organization's users with one another and with any other internal or external parties they choose to invite or include (which Vidyo refers to as "guests").<br>https://www.enghousevideo.com/vidyoconnect-services-description<br>Enghouse Video<br>Support Lang<br>Products Solutions Partners Resources About Us<br>**Guest Participant Access**<br>Guests can be invited to meetings even if they do not have a named user account on the VidyoConnect service. However, guests can only participate in a call when invited by a named user, and they have no rights to independently set up or host calls.<br>https://www.enghousevideo.com/vidyoconnect-services-description |




https://www.youtube.com/watch?v=2_HJ7LyZR4A

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=c8Lm8ZZcwes |
| in response to an end collaboration request, at the processor, from the first user computer to end the collaboration with the second user computer, terminating the collaboration mode, said terminating including terminating the synchronously displaying of the electronic presentation. | The accused product discloses that in response to an end collaboration request (e.g., Stop sharing), at the processor, from the first user (e.g., named user) computer to end the collaboration with the second user computer (e.g., computer device of the guest), terminating the collaboration mode (e.g., VidyoRoom), said terminating including terminating the synchronously displaying of the electronic presentation (e.g., presentation).<br><br>As shown below, accused product discloses after clicking on 'Stop sharing' (e.g., end collaboration request) the named user (e.g., first user) can terminate the real-time sharing of presentation (e.g., electronic presentation) for the guests (e.g., second user) present in the VidyoRoom. |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Yicjq3qCDdo |




https://www.youtube.com/watch?v=Yicjq3qCDdo