# Exhibit 4

| US12572265B2 | Enghouse Video - VidyoRoom ("Accused Product") |
|---|---|
| 11. A computer-implemented method for synchronous delivery of a media file to multiple user computers, the method comprising the steps of: | The accused product discloses a computer-implemented method for synchronous delivery of a media file (e.g., presentation) to multiple user computers.<br><br>As shown below, the product discloses that presentation (e.g. media file) can be delivered synchronously to multiple user computers (e.g. computer devices of named user and guests) that are participating in a VidyoRoom.<br><br><br>https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration |

Enghouse Video

Support

Products Solutions Partners Resources About




## Boardroom Experience

The VidyoConnect Boardroom Experience is enterprise video collaboration software purpose-built for organizations who need a seamless, fully integrated group collaboration solution ideal for executive meeting spaces and want easy to use technology for busy leaders with top-of-the-line audio, video, and content share.

https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration

## Vidyo Solution

The VidyoConnect Boardroom Experience is for enterprise organizations who need a seamless, fully integrated group collaboration solution ideal for executive meeting spaces and want easy to use technology for busy leaders with top-of-the-line audio, video, and content share.

| | |
|---|---|
| | https://www.enghousevideo.com/wp-content/uploads/Solution-Brief/SB-Board-Room-Experience.pdf   https://www.youtube.com/watch?v=Yicjq3qCDdo |

| | |
|---|---|
| | <br>Enghouse Video<br>Support Products Solutions Partners Resources About Us<br>Subscriptions<br>The Team Plan and Enterprise Plan are user-based subscription plans that provide access to the VidyoConnect service for named users. Organizations can purchase multiple named user subscriptions to achieve the desired deployment size. The VidyoConnect subscription is available in one-year, two-year, or three-year terms, paid annually.<br>The Team Plan and Enterprise Plan are for communication by the subscribing organization's users with one another and with any other internal or external parties they choose to invite or include (which Vidyo refers to as "guests").<br>https://www.enghousevideo.com/vidyoconnect-services-description |
| displaying content other than the media file on a first information display of a first user computer; | The accused product discloses displaying content other than the media file (e.g., presentation) on an information display of a first user computer (e.g., first user computer or named user initiating sharing of presentation).<br><br>As shown below, the accused product discloses that the named user (e.g. first user) can be displaying a browser bookmark or a whiteboard page that is different than the media file which is to be shared. The browser bookmark or a whiteboard page is not the presentation (e.g. media file) to be synchronously delivered to the named user computer (e.g., first user computer) as well as guest computer (e.g., second user computer). |

| | |
|---|---|
| | <br>Enghouse Video<br>Support Lar<br>Products Solutions Partners Resources About Us<br>Subscriptions<br>The Team Plan and Enterprise Plan are user-based subscription plans that provide access to the VidyoConnect service for named users. Organizations can purchase multiple named user subscriptions to achieve the desired deployment size. The VidyoConnect subscription is available in one-year, two-year, or three-year terms, paid annually.<br>The Team Plan and Enterprise Plan are for communication by the subscribing organization's users with one another and with any other internal or external parties they choose to invite or include (which Vidyo refers to as "guests").<br><br>https://www.enghousevideo.com/vidyoconnect-services-description |

| | |
|---|---|
| | Enghouse Video<br><br><br>https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration |

<table>
<tr><td></td><td>

https://www.youtube.com/watch?v=Yicjq3qCDdo</td></tr>
<tr><td>receiving, at the first user computer and from a second user computer, a request to join a synchronous session including the second user computer, wherein the second user computer is separate from the first user computer;</td><td>The accused product discloses receiving, at the first user computer (e.g., first user computer or named user initiating sharing of presentation) and from a second user computer (e.g., computer device of the guest), a request to join (e.g., join the call) a synchronous session including the second user computer (e.g., computer device of the guest), wherein the second user computer (e.g., computer device of the guest) is separate from the first user computer (e.g., first user computer or named user initiating sharing of presentation).<br><br>As shown below, the accused product discloses that the guest (e.g. second user) can join a synchronous session (e.g. shared displaying of an uploaded presentation) via participation in a VidyoRoom from the guest's computer (e.g., second user computer), which is separate from the named user's computer (e.g., first user computer) when the</td></tr>
</table>

named user (e.g., first user) sends and invitation request to the guest (e.g., second user).


Support L

Products Solutions Partners Resources About U:

Enghouse Video

## Subscriptions

The Team Plan and Enterprise Plan are user-based subscription plans that provide access to the VidyoConnect service for named users. Organizations can purchase multiple named user subscriptions to achieve the desired deployment size. The VidyoConnect subscription is available in one-year, two-year, or three-year terms, paid annually.

The Team Plan and Enterprise Plan are for communication by the subscribing organization's users with one another and with any other internal or external parties they choose to invite or include (which Vidyo refers to as "guests").

https://www.enghousevideo.com/vidyoconnect-services-description

<table>
<tr>
<td></td>
<td>


https://www.youtube.com/watch?v=JoWJmOCoGSI
</td>
</tr>
</table>

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=JoWJmOCoGSI |
| receiving, at a user interface of the first user computer, an indication of acceptance of the request to join the synchronous session; | The accused product discloses receiving, at a user interface of the first user computer (e.g., first user computer or named user initiating sharing of presentation), an indication of acceptance (e.g., joining the session) of the request to join the synchronous session.<br><br>As shown below, the accused product discloses that after the named user (e.g., first user) has accepted the request of the guest (e.g. second user) to be admitted into the VidyoRoom so as to join the synchronous session of the shared displaying of an uploaded presentation (e.g., media file), the guest user is added to the list of members of the VidyoRoom that is displayed on the user interface of the named user computer (e.g., first |

| | |
|---|---|
| | user computer) indicating that the status of acceptance.   https://www.youtube.com/watch?v=JoWJmOCoGSI |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=JoWJmOCoGSI |
| in response to receiving the indication of acceptance, entering, by the first user computer, the synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file at the first | The accused product discloses that in response to receiving the indication of acceptance (e.g., joining the session), entering, by the first user computer (e.g., first user computer or named user initiating sharing of presentation), the synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file (e.g., presentation) at the first information display and a second information display of the second user computer (e.g., computer device of the guest).<br><br>As shown below, the accused product discloses that guest user is added to the list of members of the VidyoRoom when the named user (e.g., first user) enters the synchronous session by starting shared playback of the uploaded presentation (e.g., media file) which is simultaneously displayed on information displays of the named user computer (e.g., first user computer) and guest computer (e.g., second user computer). |

| | |
|---|---|
| information display and a second information display of the second user computer; |   https://www.youtube.com/watch?v=Yicjq3qCDdo |

| | |
|---|---|
| | <br>http://youtube.com/watch?v=Yicjq3qCDdo |

| | |
|---|---|
| | Enghouse Video<br><br><br>https://www.enghousevideo.com/video-conference-room-systems/group-video-conferencing/rooms-for-enterprise-collaboration |

| | |
|---|---|
| | Enghouse Video<br>Support Lan<br>Products Solutions Partners Resources About Us<br>Subscriptions<br>The Team Plan and Enterprise Plan are user-based subscription plans that provide access to the VidyoConnect service for named users. Organizations can purchase multiple named user subscriptions to achieve the desired deployment size. The VidyoConnect subscription is available in one-year, two-year, or three-year terms, paid annually.<br>The Team Plan and Enterprise Plan are for communication by the subscribing organization's users with one another and with any other internal or external parties they choose to invite or include (which Vidyo refers to as "guests").<br>https://www.enghousevideo.com/vidyoconnect-services-description<br>Enghouse Video<br>Support Lang<br>Products Solutions Partners Resources About Us<br>Guest Participant Access<br>Guests can be invited to meetings even if they do not have a named user account on the VidyoConnect service. However, guests can only participate in a call when invited by a named user, and they have no rights to independently set up or host calls.<br>https://www.enghousevideo.com/vidyoconnect-services-description |
| and terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file at the first | The accused product discloses terminating (e.g., stop sharing) the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file (e.g., presentation) at the first user computer (e.g., first user computer or named user initiating sharing of presentation) and the second user computer (e.g., computer device of the guest).<br><br>As shown below, the accused product discloses that by clicking on the 'Stop sharing' |

| | |
|---|---|
| user computer and the second user computer. | button the named user (e.g., first user) can end the synchronous displaying of the presentation (e.g., media file) at the respective computers of the named user (e.g., first user) and guest (e.g., second user).<br><br>https://www.youtube.com/watch?v=Yicjq3qCDdo |




https://www.youtube.com/watch?v=Yicjq3qCDdo

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Yicjq3qCDdo |